# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

United States of America,     :
              :
       Plaintiff,  :
              :  Docket No.
      v.      :
              :
Alfred J. Cali,        :
              :
       Defendant. :

## COMPLAINT

The United States of America, a body politic and sovereign, acting herein by the United States Attorney for the District of Connecticut, complains and says:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. Section 1345.

2. That the defendant, Alfred, Cali is a resident of the District of Connecticut.

3. That the defendant is indebted to the plaintiff in the principal amount of $114,190.20, plus interest on this principal computed at the rate of 3.63% per annum or $11.35 per day in the amount of $9,972.95 as of June 15, 2011, until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

Demand has been made upon the defendant by the plaintiff for the sum due, but the amount due remains unpaid.

Wherefore, the plaintiff demands judgment against the defendant for the total of $124,163.15, plus costs, plus interest at 3.63% per annum on the principal of $114,190.20 that has accrued from June 15, 2011, to the date of judgment.

-2-

Plaintiff further demands, pursuant to 28 U.S.C. Section 1961, that interest on the judgment be at the legal rate until paid in full.

Dated at New Haven, Connecticut on June 15, 2011.

UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

/s/

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23rd FLOOR
NEW HAVEN, CT  06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV