# United States District Court
# District of Connecticut

**Civil Action No.** _____ **(SRU)**

### ELECTRONIC FILING ORDER

The Court orders that the parties shall file all documents in this case electronically. The following requirements are imposed:

1.  Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2.  Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

<u>Civil Cases</u>:   All pleadings (including briefs and exhibits) supporting or opposing the following:

   a.  Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
   b.  Dispositive motions (motions to dismiss or for summary judgment);
   c.  Requested jury instructions;
   d.  Compliance with Pretrial Orders;
   e.  Trial briefs, including proposed findings of fact and conclusions of law; and
   f.  **Any other filing requested by the court**.

\_\_/s/ Stefan R. Underhill_____
Stefan R. Underhill
United States District Judge
