UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CIVIL ACTION |
|     **Plaintiff** | ) | 3:11-cv-00962-SRU |
| | ) | |
| v. | ) | |
| | ) | |
| **Alfred J. Cali,** | ) | |
|     **Defendant** | ) | JULY 11, 2011 |
| | ) | |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for**

Alfred J. Cali, Defendant


___July 11, 2011_____
Date

                         By: _____/s/ct27939_____
                             Joshua R.I. Cohen, Fed Bar No. ct27939
                             jcohen@TheStudentLoanLawyer.com
                             Law Office of Joshua R.I. Cohen, LLC
                             2074 Park Street, 2nd Floor
                             Hartford, CT  06106
                             Tel (860) 233-0338  Fax (860) 233-0339


**CERTIFICATION**

I hereby certify a copy of the foregoing Appearnce was filed electronically on July 11, 2011 and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                             _____/s/ct27939_____
                             Joshua R.I. Cohen