UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>  v.<br><br>ALFRED J. CALI,<br>  Defendant. | No. 3:11-cv-962 (SRU) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR HEARING AND TO EXAMINE JUDGMENT DEBTOR

In light of the United States' ("the Government") Motion to Examine Judgment Debtor and for a hearing on defendant Alfred Cali's ability to pay the judgment rendered in this case, it is hereby:

ORDERED that the defendant, Alfred J. Cali, appear before the United States District Court for the District of Connecticut on January 6, 2014 at 2:00 p.m. in Courtroom One at 915 Lafayette Boulevard, Bridgeport, Connecticut, and then and there be examined under oath concerning his assets and his ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.

It is further ORDERED that the defendant bring with him and produce at the hearing all documents sought by the Government in its Request for Production, served on or about July 10, 2014, as well as completed copies of the financial statements attached as Exhibits A and B to the Government's motion requesting a hearing (doc. #15) to facilitate the Court's examination.

The defendant is advised that failure to appear before the Court at the scheduled time and place, as well as failure to produce the documents described above, may subject the defendant to being held in contempt of court and having a *capias* issued for the arrest of the defendant.

It is so ordered.

Dated at Bridgeport, Connecticut, this 25th day of November 2014.

    /s/  STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge